U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUN - 5 2017

TONY R. MOORE, CLERK
BY: _____
DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA § 
§ 
V. § CAUSE NO. 5-08-121-1
§ 
HECTOR BARRAGAN ESPINO

### REQUEST FOR COPY OF PSI/TRANSCRIPT'S

Now comes the petitioner Hector Barragan Espino asking the Court to please send a copy of the above said documents. The documents are needed to help the petitioner with a legal matter. The pet[itioner does not have the funds to pay for the said] documen[ts...] for the [...] and hav[e...] wait un[til...] age and [...] Therefo[re...] at work [...]

Thank y[ou]

---

Denied. Defendant asks for free copies of transcripts and other court records to help with an unspecified legal matter. His appeal was final many years ago. A prisoner "does not have a federally protected right to a free copy of his transcript or other court records merely to search for possible error in order to file a petition for collateral relief at some future date." Wright v. Curry, 122 Fed. App'x 724, 725 (5th Cir.2004)(citing Colbert v. Beto, 439 F.2d 1130, 1131 (5th Cir.1971). Furthermore, it appears to be too late to pursue collateral relief.

*/s/ MJH/*