UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

UNITED STATES OF AMERICA          CRIMINAL NO. 08-cr-00121

VERSUS                             JUDGE FOOTE

HECTOR BARRAGAN-ESPINO             MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

Hector Barrigan-Espino ("Defendant") was convicted of possession with intent to distribute a substance containing methamphetamine, and Judge Stagg imposed a 300-month sentence for the federal conviction. Defendant was then returned to state custody where he was awaiting trial for possession of methamphetamine with intent to distribute and related charges. The State of Louisiana eventually sentenced him to 300 months, to run concurrently with the federal sentence.

Defendant has complained over the years that the Bureau of Prisons has not given him the benefit of concurrent sentences. Judge Stagg issued an order (Doc. 128) to clarify that, although he did not make any statement at sentencing or in the written judgment regarding the consecutive or concurrent nature of any state court sentences, it was his intent and recommendation that the sentences run concurrently.

Defendant has now filed a **Motion for Sentence Reduction (Doc. 133)** that again asks the court to reduce his sentence and give him credit for time spent in service of his state sentence. The motion is **denied**. The state and federal courts have given their statements

regarding the intent that the sentences be served concurrently. The BOP now has the authority to calculate the sentence. The court does not have authority to require the BOP to comply with the state court's sentencing order that the federal sentence run concurrently with the state sentence. Castro Flores v. Dretke, 120 Fed. Appx. 537, 539 (5th Cir. 2005); Leal v. Tombone, 341 F.3d 427, 428-29 (5th Cir. 2003).

Defendant has also filed a **Request for Appointment of Counsel (Doc. 141)** to help him file a "782 amendment motion for my 2 points reduction." That motion is **granted** as follows. The Clerk of Court is directed to enter the standard procedural and administrative orders regarding Amendment 782 motions that appoints the Federal Public Defender and sets forth other information about the process. The Federal Public Defender will, in due course, contact Defendant about his eligibility for relief under the Amendment.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 2nd day of August, 2017.

Mark L. Hornsby
U.S. Magistrate Judge